No. 04-00-00600-CR



James Wayne DICKERSON,


Appellant



v.



The STATE of Texas,


Appellee



From the 25th Judicial District Court, Guadalupe County, Texas


Trial Court No. 99-250-CR


Honorable Dwight E. Peschel, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: March 30, 2001


APPEAL DISMISSED


 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH